# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-23-00808-CV

## In re Michael Glenn Roller

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

We withdraw our previous opinion issued on January 11, 2024, and substitute the following opinion in its place. We grant the motion for rehearing.

Relator Michael Glenn roller, proceeding pro se, has filed a petition for writ of mandamus challenging the trial court's order granting the first amended motion for nunc pro tunc filed by real party in interest Tiffany Eilleen Poehler. Roller and Poehler are parties in a divorce proceeding. The nunc-pro-tunc order purported to correct the trial court's order enforcing the division of property between the parties. The enforcement order was signed on December 15, 2022, and the nunc-pro-tunc order was signed on October 30, 2023. In his petition, Roller contends that the nunc-pro-tunc order should be vacated because the changes made to the enforcement order corrected judicial errors rather than clerical errors, and the trial court lost plenary power to make substantive changes to its enforcement order thirty days after it was

signed. *See* Tex. R. Civ. P. 316, 329b(f), (g); *Perez v. Perez*, 658 S.W.3d 864, 872-73 (Tex. App.—El Paso 2022, no pet.).

The petition for writ of mandamus is denied because the trial court's nunc-pro-tunc order corrected a clerical error rather than a judicial error. *See Andrews v. Koch*, 702 S.W.2d 584, 585-86 (Tex. 1986) (per curiam).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Kelly

Filed: March 28, 2024